UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Michael Young, Individually,
and as Parent and Natural
Guardian of Gavin Young,
a minor,

Plaintiff,

vs. ORDER

John Conroy,

Defendant. Civ. No. 01-354 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of July, 2002.

* * *

The Plaintiff has submitted, for Court approval, a "Petition for Approval of Minor Settlement," which is attached to a copy of the parties' confidential settlement agreement. We direct the Clerk of Court to file the Petition, and its attachment, under seal in order to preserve its confidentiality.

IT IS SO ORDERED:

That the Clerk of Court seal the Plaintiff's Petition for Approval of Minor Settlement, and exhibits attached thereto.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

47

FILED JUL 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK